1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    ANTHONEY LYNCH,                              1:09-cv-02097-GSA (PC)

8            Plaintiff,                           ORDER TO SUBMIT A NEW APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
9        vs.                                      OR PAY FILING FEE WITHIN 45 DAYS

10   JOHN OR JANE DOE WARDEN, et al.,

11           Defendants.
     _____/
12

13           Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

14   1983.  On December 2, 2009, plaintiff submitted an application to proceed in forma pauperis

15   pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  However, the application was not submitted on the proper

16   form.

17           Accordingly, IT IS HEREBY ORDERED that:

18           Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

21   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

22   submit a certified copy of his/her prison trust statement for the six month period immediately

23   preceding the filing of the complaint.

24           **Failure to comply with this order will result in a recommendation that this action be**

25   **dismissed.**

26           IT IS SO ORDERED.

27   **Dated:    December 10, 2009**                _____
                                                  **/s/ Gary S. Austin**
28                                                UNITED STATES MAGISTRATE JUDGE