IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONEY LYNCH,<br><br>            Plaintiff,<br><br>      vs.<br><br>WARDEN OF PLEASANT VALLEY<br>STATE PRISON, et al.,<br><br>            Defendants.<br>_____/ | 1:09-cv-02097-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS<br>AND RECOMMENDATIONS OF<br>JUNE 14, 2012<br>(Doc. 29.)<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE SECOND AMENDED<br>COMPLAINT<br>(Doc. 30.)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2012, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to obey a court order requiring him to file a second amended complaint. (Doc. 29.) On June 19, 2012, Plaintiff filed a motion for an extension of time to file the second amended complaint, on the grounds that he has limited access to legal materials and the law library. (Doc. 30.) In light of Plaintiff's motion, and good cause appearing, the court shall vacate the findings and recommendations and grant Plaintiff's motion for extension of time.

Accordingly, IT IS HEREBY ORDERED that:

      1.     The findings and recommendations of June 14, 2012 are VACATED;

      2.     Plaintiff's motion for extension of time, filed on June 19, 2012, is GRANTED;

3. Within thirty days from the date of service of this order, Plaintiff shall file a second amended complaint, in compliance with the Court's order of May 1, 2012; and

4. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **June 25, 2012**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE