1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONEY LYNCH,                        1:09-cv-02097-AWI-GSA-PC

12          Plaintiff,                      ORDER VACATING FINDINGS
                                            AND RECOMMENDATIONS OF
13      vs.                                 JUNE 14, 2012
                                            (Doc. 29.)
14   WARDEN OF PLEASANT VALLEY
     STATE PRISON, et al.,                  ORDER GRANTING EXTENSION OF
15                                          TIME TO FILE SECOND AMENDED
            Defendants.                     COMPLAINT
16                                          (Doc. 30.)

17   _____/          THIRTY DAY DEADLINE

18

19          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

20   On June 14, 2012, the undersigned issued findings and recommendations to dismiss this action for

21   Plaintiff's failure to obey a court order requiring him to file a second amended complaint.  (Doc. 29.)

22   On June 19, 2012, Plaintiff filed a motion for an extension of time to file the second amended complaint,

23   on the grounds that he has limited access to legal materials and the law library.  (Doc. 30.)  In light of

24   Plaintiff's motion, and good cause appearing, the court shall vacate the findings and recommendations

25   and grant Plaintiff's motion for extension of time.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.      The findings and recommendations of June 14, 2012 are VACATED;

28          2.      Plaintiff's motion for extension of time, filed on June 19, 2012, is GRANTED;

3.      Within thirty days from the date of service of this order, Plaintiff shall file a second amended complaint, in compliance with the Court's order of May 1, 2012; and

4.      Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **June 25, 2012**                        **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE