UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONEY LYNCH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN OR JANE DOE, *et al.*,<br><br>    Defendants. | Case No. 1:09-cv-02097-AWI-JDP<br><br>ORDER TREATING THE MAGISTRATE JUDGE'S SEPTEMBER 26, 2019, ORDER AS FINDINGS AND RECOMMENDATIONS AND ADOPTING THOSE FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 75, 76, 78, 79) |

Plaintiff Anthoney Lynch is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2019, the Magistrate Judge issued an order denying motions to vacate and appoint counsel. (Doc. No. 78.) Because that order was entered post-judgment, the Court of Appeals remanded with instructions that the district judge may treat the order as findings and recommendations. (Doc. No. 84.) Additionally, after remand from the Ninth Circuit, Plaintiff filed a motion for reconsideration of the Magistrate Judge's order denying vacation of the judgment and appointment of counsel. (Doc. No. 79). The Court will follow the Ninth Circuit's suggestion and treat the Magistrate Judge's September 2019 order as a findings and recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case, including Plaintiff's October 2019 motion for reconsideration. Having carefully reviewed the entire file, the Court finds the findings and recommendations (Doc. No. 78) to be supported by the record and by proper analysis. There is no basis for Rule 60(b) relief or reconsideration of prior orders. Plaintiff has failed to

demonstrate either that he is entitled to relief under Rule 60(b)(6), or that his motion was timely under Rule 60((c)(1).  See Lopez v. Ryan, 678 F.3d 1131, 1135-38 (9th Cir. 2012); Lal v. California, 610 F.3d 518, 524 (9th Cir. 2010).  Further, the Court agrees that there is an insufficient basis for appointing/seeking voluntary assistance of counsel.  Therefore, Plaintiffs' motions will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 26, 2019, order, (Doc. No. 78) is converted to findings and recommendation;
2. The findings and recommendation (Doc. No. 78) is ADOPTED;
3. Plaintiff's motion to vacate and re-enter judgment (Doc. No. 75) and motion to appoint counsel (Doc. No. 76) are DENIED;
4. Plaintiff's motion for reconsideration (Doc. No. 79) is DENIED;
5. The Court will not accept any further motions for reconsideration relating to this order or Document Nos. 75 and 76; and
6. This case remains CLOSED.

IT IS SO ORDERED.

Dated:   September 10, 2020                                  /s/ signature
                                                          SENIOR DISTRICT JUDGE